ORIGINAL

FW029102

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG - 4 2017

CLERK, U.S. DISTRICT COURT
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MICHELLE JACKSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:16-CV-00695 |
| | § | |
| BNSF RAILWAY COMPANY, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## NOTICE OF APPEAL

Notice is hereby given that Michelle Jackson, Plaintiff in the above-styled case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered for Defendant in this action on August 2, 2017 (Doc. 50).

Dated: August 4, 2017.

Respectfully Submitted:

By: _____
Amanda L. Reichek
State Bar No. 24041762
Kyla Gail Cole
State Bar No. 24033113

**Cole | Reichek, PLLC**
2911 Turtle Creek Boulevard, Suite 300
Dallas, Texas 75219
214.599.8311 (Telephone)
214.580.9680 (Facsimile)
Amanda@colereicheklaw.com
Kyla@colereicheklaw.com

**Counsel for Plaintiff**

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing document was served on counsel of record via electronic delivery through the Court's ECF filing system on August 4, 2017.

_____
Amanda L. Reichek