# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

ORIGINAL

FILED
AUG - 7 2017
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
By _____ Deputy

| | |
|---|---|
| Michelle Jackson | ) |
| v. | ) Case No.: 4:16-CV-00695-A |
| BNSF Railway Company | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on  08/02/2017  against  Plaintiff ,
                                                                *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk .................................................. | $ 400.00 |
| Fees for service of summons and subpoena ............................. | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 2,597.22 |
| Fees and disbursements for printing ................................. | |
| Fees for witnesses *(itemize on page two)* ............................ | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case........................................... | 466.09 |
| Docket fees under 28 U.S.C. 1923 .................................... | |
| Costs as shown on Mandate of Court of Appeals ........................ | |
| Compensation of court-appointed experts ............................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| TOTAL | $ 3,463.31 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service       ☐ First class mail, postage prepaid
☐ Other:
s/ Attorney: _Bryan P. Neal_
Name of Attorney: Bryan P. Neal
For: BNSF Railway Company                        Date: 08/03/2017
     *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
*Clerk of Court*        *Deputy Clerk*        *Date*

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the partyclaiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, cost s — other than attorney's fees — should be allo wed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

## ITEMIZATION
### (Attachment to Bill of Costs, Form AO 133)

I. **Fees of the clerk** (see attached Exhibit 1)

    1.  Filing fee for Notice of Removal      $ 400.00

    **Total fees of the clerk** .................................... **$400.00**

I. **Fees for printed or electronically recorded transcripts necessarily obtained for use in the case** (see attached Exhibit 2)

    1.  Veritext      $ 500.97
        Deposition transcript of Kelli Courreges*

    2.  Veritext      $ 685.40
        Deposition transcript of Carrie Whitman*

    3.  Veritext      $1,410.85
        Deposition transcript of Michelle Jackson*

    **Total fees for court reporter and transcripts** ................... **$ 2,597.22**

\* Miscellaneous fees deducted

II. **Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case** (see attached Exhibit 3)

    1.  Photocopy fees incurred in-house at Thompson & Knight LLP

        07/25/16 - 06/22/17    891 copies at $.10      $ 89.10
        06/22/17    358 color copies at $.75      268.50

    2.  Texas Workforce Commission Fee for      20.60
        copy of records regarding Michelle Jackson's
        charge of discrimination

    3.  Records Deposition Service      87.89
        Medical records fee for records regarding Michelle Jackson
        maintained by Texas Health Harris Methodist Hospital HEB

**Total fees for exemplification/copying** ............................. **$ 466.09**

**DEFENDANT'S TOTAL COSTS** ............................................. **$ 3,463.31**

031432 000601 19704181.2

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **To:** | Rodgers, Sherri |
| **Subject:** | Pay.gov Payment Confirmation: TXND CM ECF |
| **Date:** | Friday, July 22, 2016 1:26:10 PM |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact the U.S. District Court of Northern Texas at (214) 753-2240.

Application Name: TXND CM ECF
Pay.gov Tracking ID: 25STI5S5
Agency Tracking ID: 0539-7745293
Transaction Type: Sale
Transaction Date: Jul 22, 2016 2:25:01 PM

Account Holder Name: Tauncia L. Franklin
Transaction Amount: $400.00
Card Type: AmericanExpress
Card Number: ************2002


THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

# EXHIBIT 1

Case 4:16-cv-00695-A   Document 53   Filed 08/07/17   Page 6 of 15   PageID 1919

**Law Firm Invoice ID: 3018915**

```
                        Veritext
                  Please Remit Payment to:
                      P.O BOX 71303
                     Chicago, IL 60694
                      UNITED STATES
                    Phone#: 973-410-4032
                     Tax ID: 20-3457913
```

BNSF Railway Company                Invoice Date: 06/29/2017 (mm/dd/yyyy)
                                    CounselLink Invoice ID: 63376471
                                    Law Firm Matter ID: Veritext-BNSF

Regarding:
Matter Authorization #: EM-2220     Matter Contact: Ritchie, Carolyn
Matter Title: Jackson, Michelle     Assigning Office: Employment
                                                      2500 LOU MENK DR

                                    FT WORTH, TX 76131

Invoice Description:

Transmit to SAP:
Voucher # (SAP Doc #):
Payment Doc #:

Hourly

| EXPENSES Date (mm/dd/yyyy) | Timekeeper | Charge Text | Units | Rate (USD) | Adj. (USD) | Inv. Adj. (USD) | Tax (USD) | Net (USD) |
|---|---|---|---|---|---|---|---|---|
| 06/08/2017 | None | Litigation Support Vendors - Administration Fee FOR WITNESS Kelli Courreges | 1 | $58.00 | $0.00 | $0.00 | $0.00 (0%) | $58.00 |
| 06/08/2017 | None | Litigation Support Vendors - Certified Transcript FOR WITNESS Kelli Courreges | 89 | $2.75 | $0.00 | $0.00 | $0.00 (0%) | $244.75 |
| 06/08/2017 | None | Litigation Support Vendors - Electronic Delivery and Handling FOR WITNESS Kelli Courreges | 1 | $28.00 | $0.00 | $0.00 | $0.00 (0%) | $28.00 |
| 06/08/2017 | None | Litigation Support Vendors - Exhibits Scanned-Searchable - OCR FOR WITNESS Kelli Courreges | 71 | $0.50 | $0.00 | $0.00 | $0.00 (0%) | $35.50 |
| 06/08/2017 | None | Litigation Support Vendors - Litigation Package FOR WITNESS Kelli Courreges | 1 | $30.00 | $0.00 | $0.00 | $0.00 (0%) | $30.00 |
| 06/08/2017 | None | Litigation Support Vendors - Transcript - Expedited Fee FOR WITNESS Kelli Courreges | 89 | $2.48 | $0.00 | $0.00 | $0.00 (0%) | $220.72 |

INVOICE SUMMARY
                            (USD)
Fees:                       $0.00
Expenses:                   $616.97
Sub-Total:                  $616.97
Discounts,Credits:          $0.00
Client Adjustments:         $0.00
 Fees Tax:                  $0.00
 Expense Tax:               $0.00
Cost share:                 $0.00
Net:                        $616.97
Prompt Pay:                 $0.00
Wasting Overage:            $0.00
Total :                     $616.97

CUMULATIVE SUMMARY
                            (USD)
Total Fees to Date:         $0.00
Total Expenses to Date:     $616.97

# EXHIBIT 2

**Law Firm Invoice ID: 3018913**

```
                        Veritext
                Please Remit Payment to:
                     P.O BOX 71303
                   Chicago, IL 60694
                     UNITED STATES
                 Phone#: 973-410-4032
                  Tax ID: 20-3457913
```

BNSF Railway Company                Invoice Date: 06/29/2017 (mm/dd/yyyy)
                                    CounselLink Invoice ID: 63376470
                                    Law Firm Matter ID: Veritext-BNSF

Regarding:
Matter Authorization #: EM-2220      Matter Contact: Ritchie, Carolyn
Matter Title: Jackson, Michelle      Assigning Office: Employment
                                                       2500 LOU MENK DR

                                                       FT WORTH, TX 76131

Invoice Description:

Transmit to SAP:
Voucher # (SAP Doc #):
Payment Doc #:

Hourly

EXPENSES

| Date (mm/dd/yyyy) | Timekeeper | Charge Text | Units | Rate (USD) | Adj. (USD) | Inv. Adj. (USD) | Tax (USD) | Net (USD) |
|---|---|---|---|---|---|---|---|---|
| 06/09/2017 | None | Litigation Support Vendors - Administration Fee FOR WITNESS Carrie Whitman | 1 | $58.00 | $0.00 | $0.00 | $0.00 (0%) | $58.00 |
| 06/09/2017 | None | Litigation Support Vendors - Certified Transcript FOR WITNESS Carrie Whitman | 130 | $2.75 | $0.00 | $0.00 | $0.00 (0%) | $357.50 |
| 06/09/2017 | None | Litigation Support Vendors - Electronic Delivery and Handling FOR WITNESS Carrie Whitman | 1 | $28.00 | $0.00 | $0.00 | $0.00 (0%) | $28.00 |
| 06/09/2017 | None | Litigation Support Vendors - Exhibits Scanned-Searchable - OCR FOR WITNESS Carrie Whitman | 11 | $0.50 | $0.00 | $0.00 | $0.00 (0%) | $5.50 |
| 06/09/2017 | None | Litigation Support Vendors - Litigation Package FOR WITNESS Carrie Whitman | 1 | $30.00 | $0.00 | $0.00 | $0.00 (0%) | $30.00 |
| 06/09/2017 | None | Litigation Support Vendors - Transcript - Expedited Fee FOR WITNESS Carrie Whitman | 130 | $2.48 | $0.00 | $0.00 | $0.00 (0%) | $322.40 |

INVOICE SUMMARY
```
                        (USD)
Fees:                   $0.00
Expenses:             $801.40
Sub-Total:            $801.40
Discounts,Credits:      $0.00
Client Adjustments:     $0.00
 Fees Tax:              $0.00
 Expense Tax:           $0.00
Cost share:             $0.00
Net:                  $801.40
Prompt Pay:             $0.00
Wasting Overage:        $0.00
Total :               $801.40
```

CUMULATIVE SUMMARY
```
                        (USD)
Total Fees to Date:     $0.00
Total Expenses to Date: $801.40
```

**Law Firm Invoice ID: 3013219**

```
                         Veritext
                    Please Remit Payment to:
                         P.O BOX 71303
                        Chicago, IL 60694
                         UNITED STATES
                       Phone#: 973-410-4032
                       Tax ID: 20-3457913
```

BNSF Railway Company              Invoice Date: 06/26/2017 (mm/dd/yyyy)
                                  CounselLink Invoice ID: 63376469
                                  Law Firm Matter ID: Veritext-BNSF


Regarding:
Matter Authorization #: EM-2220      Matter Contact: Ritchie, Carolyn
Matter Title: Jackson, Michelle      Assigning Office: Employment
                                     2500 LOU MENK DR

                                     FT WORTH, TX 76131


Invoice Description:

Transmit to SAP:
Voucher # (SAP Doc #):
Payment Doc #:


Hourly

EXPENSES

| Date (mm/dd/yyyy) | Timekeeper | Charge Text | Units | Rate (USD) | Adj. (USD) | Inv. Adj. (USD) | Tax (USD) | Net (USD) |
|---|---|---|---|---|---|---|---|---|
| 06/02/2017 | None | Litigation Support Vendors - Exhibits FOR WITNESS Michelle Jackson | 125 | $0.35 | $0.00 | $0.00 | $0.00 (0%) | $43.75 |
| 06/02/2017 | None | Litigation Support Vendors - Original with 1 Certified Transcript FOR WITNESS Michelle Jackson | 217 | $4.20 | $0.00 | $0.00 | $0.00 (0%) | $911.40 |
| 06/02/2017 | None | Litigation Support Vendors - Shipping & Handling FOR WITNESS Michelle Jackson | 3 | $29.50 | $0.00 | $0.00 | $0.00 (0%) | $88.50 |
| 06/02/2017 | None | Litigation Support Vendors - Transcript - Expedited Fee FOR WITNESS Michelle Jackson | 217 | $2.10 | $0.00 | $0.00 | $0.00 (0%) | $455.70 |

INVOICE SUMMARY
```
                         (USD)
Fees:                    $0.00
Expenses:                $1,499.35
Sub-Total:               $1,499.35
Discounts,Credits:       $0.00
Client Adjustments:      $0.00
 Fees Tax:               $0.00
 Expense Tax:            $0.00
Cost share:              $0.00
Net:                     $1,499.35
Prompt Pay:              $0.00
Wasting Overage:         $0.00
Total :                  $1,499.35
```

CUMULATIVE SUMMARY
```
                         (USD)
Total Fees to Date:      $0.00
Total Expenses to Date:  $1,499.35
```

| Work Date | Description | Quantity | Rate | Amount | Matter Number | Matter Name |
|---|---|---|---|---|---|---|
| 5/31/2017 | Copy Charges | 431.00 | 0.10 | $43.10 | 031432.000601 | Jackson v. BNSF |
| 5/31/2017 | Copy Charges | 142.00 | 0.10 | $14.20 | 031432.000601 | Jackson v. BNSF |
| 5/26/2017 | Copy Charges | 185.00 | 0.10 | $18.50 | 031432.000601 | Jackson v. BNSF |
| 7/25/2016 | Copy Charges | 63.00 | 0.10 | $6.30 | 031432.000601 | Jackson v. BNSF |
| 6/22/2017 | Copy Charges | 70.00 | 0.10 | $7.00 | 031432.000601 | Jackson v. BNSF |
| 6/22/2017 | Color Copies | 358.00 | 0.75 | $268.50 | 031432.000601 | Jackson v. BNSF |
| | | | Total: | $357.60 | | |

EXHIBIT 3



# Texas Workforce Commission
## Austin, Texas
## Open Records - Invoice

| Client Mailing Address: | Invoice Address (if other than client address): |
|---|---|
| Sherri L. Rodgers<br>Thompson & Knight LLP<br>One Arts Plaza<br>1722 Routh Street, Suite 1500<br><br>Dallas                TX  75201-2533 | |

Request Order #:       170414-005                              450-2016-03502
Subject Reference:    Michelle Jackson                    Date Information Released:
Request Rec'd Date:  4/14/2017                              Invoice Date:  4/27/2017

                                                             Total Charges:        $20.60
                                                             Amount Paid:            $0.00
                                                             Date Paid:
                                                             Balance Due:          $20.60

Comment

**Make Payable To:** Texas Workforce Commission          TDD 1-800-735-2989
Revenue And Trust Management                              TWC's FEIN: 74-2764775
P.O. Box 877                                               RTI Code:    171415
Austin, Texas 78767                                        Phone #:     512-463-2420
**Questions To:**   Elsa Guerrero                          Fax #:       512-463-2990

 **Cut here and return bottom portion with payment**

---

### Please return this portion with payment

**Please include Request Job   170414-005    on your check by: 5/12/2017**

Previously Paid:    $0.00     **Balance Due:**   $20.60     **Amount Paid:** _____

Payment From:                                              Send Payment To:
Requester Name:  Sherri L. Rodgers                         Texas Workforce Commission
Street Address 1:  One Arts Plaza                          Revenue And Trust Management
Street Address 2:  1722 Routh Street, Suite 1500           P.O. Box 877
Street Address 3:                                          Austin, Texas 78767
City:   Dallas                  State: TX   Zip 75201-2533

                                                           Assigned To:  Elsa Guerrero

## Itemized Search Items

Civil Right Division (stored remotely)

staff labor time at $18 plus 10

|  |  |  |  |
|---|---|---|---|
| Pages: 11 | @$0.10 /page |  | $1.10 |
| Units: 0 | @$0.00 /Unit |  | $0.00 |
| Labor Hours: .25 | @$18.00/hr |  | $4.50 |
|  |  | Manually Entered Charges: | $0.00 |
|  |  | Total for Search Item: | $5.60 |

Certification Charges

Certification Charges

|  |  |  |  |
|---|---|---|---|
| Pages: 0 | @$0.00 /page |  | $0.00 |
| Units: 1 | @$15.00 first unit + @$5.00 /add'l Units |  | $15.00 |
| Labor Hours: 0 | @$0.00/hr |  | $0.00 |
|  |  | Manually Entered Charges: | $0.00 |
|  |  | Total for Search Item: | $15.00 |

Please mail your payment of the Balance Due Amount to the address listed above. Please reference the TWC Request # listed above on your payment. Failure to properly identify payment will result in delays.

Records will be mailed to the Client Mailing address listed above upon receipt of payment unless you schedule an appointment to pick-up records with the individual listed above. Records will not be released until full payment is received.

**THOMPSON & KNIGHT LLP**

1722 ROUTH STREET, SUITE 1500
DALLAS, TEXAS 75201-2533

Amegy Bank

**05/08/2017**
CHECK DATE

10232614   D

35-1125
1130

PAY  Twenty and 60/100 Dollar(s)

\*\*\*\*\*\*\*\*\*\*\*\*20.60

THOMPSON & KNIGHT LLP

*Diane M. Scheffler*

TO THE
ORDER
OF

Texas Workforce Commission
Revenue and Trust Management
P O Box 877
Austin, TX 78767

Re: Request Order # 170414-005

TWO SIGNATURES REQUIRED OVER $25,000
VOID AFTER 90 DAYS

⑈1023２614⑈ ⑆113011258⑆ 0054024265⑈

HOLD BACK OF DOCUMENT UNDER BLACK LIGHT TO VERIFY AUTHENTICITY

| THOMPSON & KNIGHT LLP | 10063929-7 | Texas Workforce Commission | | 05/08/2017 | 10232614 |
|---|---|---|---|---|---|
| INVOICE DATE | INVOICE NO | VOUCHER # | NET AMOUNT | | INVOICE AMOUNT |
| 04/27/2017 | 04272017 | 1097174 | 20.60 | | 20.60 |

TOTAL CHECK                    20.60

*Attn; Sherri*

INVOICE FOR RELEASE OF INFORMATION


TEXAS HEALTH RESOURCES
612 E. Lamar Blvd. Ste 800
Arlington, TX 76011

Patient: JACKSON,MICHELLE LAVON [E6852337]


THOMPSON & KNIGHT LLP [800231492]
1722 Routh Street, Suite 1500        Billing Date: 5/30/17
Dallas, TX 75201
                                     Invoice Number: 86709


Paper...........:     16
  Flat Fee .....:                                 $      45.74
  Pages 11-60...:           6 X $   1.54          $       9.24


Additional Fee.....: $     26.00
  Details:
    Rush.......:   $     25.00 (Non-taxable)
    Affidavit..:   $      1.00 (Non-taxable)

Postage............:$       6.91
Total Fee..........:$      87.89
Amount Paid........:$       0.00

**AMOUNT DUE.........:$     87.89**


Please make check payable to:

Attn: Health Information Management Dept/ROI
TEXAS HEALTH RESOURCES
P.O. BOX 732521
DALLAS, TX 75373-2521

Tax ID: 75-2702388

This charge is for Medical Records ONLY. For Billing Records, please call our Central Billing Office at (682) 236-3000